UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DMITRII IASTREBOV,

      Plaintiff,

v.                                                              Case No.:  2:26-CV-01697-KCD-NPM

WARDEN, BAKER COUNTY
DETENTION FACILITY, TODD
BLANCHE, ATTORNEY GENERAL
OF THE UNITED STATES;
GARRETT J RIPPA, ICE
JACKSONVILLE FIELD OFFICE
DIRECTOR; KELEI WALKER,
ACTING FIELD OFFICE
DIRECTOR; AND MARKWAYNE
MULLIN, SECRETARY OF
HOMELAND SECURITY;

      Defendants,

_____/

## **ORDER**

Petitioner seeks habeas relief under 28 U.S.C. § 2241. The Court finds that a response is appropriate. Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 2) electronically to the United States Attorney's Office in Tampa, Florida (USAFLM.Alcatraz@usdoj.gov) and by first-class mail to the Attorney General of the United States in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. Petitioner is also directed to serve this order on Respondents by 5/28/2026, and file proof of service. Petitioner does not need to obtain a summons to do so.

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 2) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until 6/10/2026, to do so.

**ORDERED** in Fort Myers, Florida on May 21, 2026.

Kyle C. Dudek
United States District Judge